UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-23377-LEIBOWITZ/LOUIS

JETCHILL LTD.,
    *Plaintiff,*

v.

SHENZHEN JIARUI MINGHUI
TRADING CO., LTD and EXPLONOVA
STORE,
    *Defendants.*
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to United States Magistrate Judge Lauren Fleischer Louis for a report and recommendation on Plaintiff's Motion for Preliminary Injunction [ECF No. 21], Defendant's Motion to Dissolve TRO [ECF No. 22], and Plaintiff's Motion to Extend TRO [ECF No. 24] (collectively, the "Motions"). [*See* ECF No. 34]. Judge Louis has now issued a Report and Recommendation (the "R&R"), recommending that (1) Defendant's Motion to Dissolve TRO [ECF No. 22] be DENIED as moot; and (2) Plaintiff's Motion to Extend TRO [ECF No. 24] be DENIED.[1] [ECF No. 52 at 11]. No objections to the R&R were filed during the objection period. After careful review of the R&R, the Motions, the parties' papers, the record, and the governing law, the Court ADOPTS and AFFIRMS the Report and Recommendation [ECF No. 52].

## LEGAL STANDARD

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must

---

[1] Judge Louis has scheduled an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction for October 23, 2025. [*See* ECF No. 49].

1

conduct a *de novo* review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Macort v. Prem. Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)).

## CONCLUSION

In the absence of any objection to the R&R, the Court's own review finds no error. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 52] is ADOPTED AND AFFIRMED and fully incorporated into this Order for all purposes.

2. Defendant's Motion to Dissolve TRO [**ECF No. 22**] is **DENIED** as moot.

3. Plaintiff's Motion to Extend TRO [**ECF No. 24**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on October 21, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record