UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-23377-LEIBOWITZ/LOUIS

JETCHILL LTD,
    *Plaintiff,*

v.

SHENZHEN JIARUI MINGHUI
TRADING CO., LTD and EXPLONOVA
STORE,
    *Defendants.*
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to United States Magistrate Judge Lauren Fleischer Louis for a report and recommendation on Plaintiff's Motion for Preliminary Injunction [ECF No. 21]. [*See* ECF No. 34]. After conducting an evidentiary hearing and considering post-hearing briefing, Judge Louis recommends that Plaintiff's Motion be DENIED. [*See* ECF Nos. 74, 77, 79, 80, 89]. No objections were filed during the objection period. After careful review of the Report and Recommendation, the Motion, the parties' papers, the relevant portions of the record, and the governing law, the Court ADOPTS and AFFIRMS the Report and Recommendation [ECF No. 89].

## LEGAL STANDARD

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Macort v. Prem.*

1

*Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.,* 170 F.3d 734, 739 (7th Cir. 1999)).

## CONCLUSION

In the absence of any objection to the R&R, the Court's own review finds no error. Indeed, the Court thanks Magistrate Judge Louis for her clear, cogent, and thorough R&R; the undersigned fully agrees with its reasoning, findings, and conclusions. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 89] is ADOPTED AND AFFIRMED and fully incorporated into this Order for all purposes.

2. Plaintiff's Motion for a Preliminary Injunction [**ECF No. 21**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on December 12, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record