**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-23377-LEIBOWITZ/LOUIS**

**JETCHILL LTD.,**
     *Plaintiff,*

*v.*

**SHENZHEN JIRUI MINGHUI TRADING**
**COMPANY***,*

     *Defendant.*

_____/

<u>**ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION**</u>

**THIS CAUSE** is before the Court upon the Report and Recommendation of U.S. Magistrate Judge Lauren F. Louis [ECF No. 103] (the "R&R"), filed on May 22, 2026, recommending Plaintiff's Motion for Default Judgment be granted, and that Plaintiff be awarded damages in the total amount of $1,006,802.82 as well as attorney's fees and costs in the amount of $42,853.85.  [*Id.* at 1, 20]. Defendant did not file a timely objection to the R&R within the objection period.  Upon review of the R&R, the Complaint, Plaintiff's Motion for Default Judgment, relevant portions of the record, and the governing law, the undesigned AFFIRMS and ADOPTS the Report and Recommendation for the reasons discussed below.

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to.  Frivolous, conclusive, or general objections need not be considered by the district court." *United States v. Schultz*, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal

quotation marks omitted).  Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" to accept the recommendation.  Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment, subdivision (b).

In the absence of any objection to the R&R, the Court's own review finds no error.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 103] is ADOPTED AND AFFIRMED and fully incorporated into this Order for all purposes.

2. Plaintiff's Motion for a Default Judgment [**ECF No. 93**] is **GRANTED**.

3. Plaintiff is directed to send a proposed Final Judgment under Federal Rule of Civil Procedure 58(a) in Word format to leibowitz@flsd.uscourts.gov **no later than June 15, 2026**.

4. *The Clerk* is DIRECTED to CLOSE this case.  All deadlines are terminated, and any pending motions (other than ECF No. 93) are DENIED AS MOOT.

**DONE AND ORDERED** in the Southern District of Florida on June 8, 2026.

_____

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record